UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KINUTHIA NJONJO, | Case No.  26-cv-2188 |
| Plaintiff, | |
| v. | **ORDER REGARDING TRO MOTION** |
| | Re: Dkt. No. 2 |
| SERGIO ALBARRAN, et al., | |
| Defendants. | |

The government is ordered to file a response by 12 p.m. on Friday, March 13, 2026. Any reply is due by 3 p.m. on Friday, March 13, 2026. If required, a hearing will be scheduled for Monday, March 16, 2026. The government is prohibited from deporting the petitioner while the TRO application is pending.

The petitioner is ordered to email this order to Pamela.Johann@usdoj.gov.

**IT IS SO ORDERED.**

Dated: March 12, 2026

VINCE CHHABRIA
United States District Judge